**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 396 EAL 2018

             Respondent   :

             :    Petition for Allowance of Appeal from
             :    the Order of the Superior Court

             v.             :

DALPH D. KENNEDY-CHARLES,   :

             Petitioner   :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 26th day of February, 2019, the Petition for Allowance of Appeal is **DENIED**.